UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:24-cv-384-FDW
3:20-cr-57-FDW-DCK-1

| | |
|---|---|
| ANGEL ARRIAGA, ) <br> ) <br> Petitioner, ) <br> ) <br> vs. ) <br> ) <br> UNITED STATES OF AMERICA, ) <br> ) <br> Respondents. ) <br> _____ ) | **ORDER** |

**THIS MATTER** is before the Court on Petitioner's Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241 [Doc. 1].

Petitioner filed a § 2241 Petition that was docketed by the Court on April 11, 2024. [Doc. 1]. Petitioner did not sign the Petition under penalty of perjury and, on April 16, 2024, the Court ordered him to do so.[1] [Doc. 4]. On April 16, 2024, the Court also received a signed verification for the § 2241 Petition. [Doc. 5]. Because the Petitioner has now verified his Petition, the portion of the April 16 Order requiring him to do so is moot and will be vacated.

**IT IS, THEREFORE, ORDERED** that the Court's April 16, 2024 Order [Doc. 4] is **VACATED** insofar as it requires Petitioner to verify his § 2241 Petition.

Signed: April 17, 2024

Frank D. Whitney
United States District Judge

---

[1] In that Order, the Court also denied Petitioner's Motion for Appointment of Counsel [Doc. 3].