# United States District Court
# Western District of North Carolina
# Charlotte Division

| | |
|---|---|
| Angel Arriaga, <br><br> Petitioner <br><br> vs. <br><br> USA, <br><br> Respondent. | JUDGMENT IN CASE <br><br> 3:24-cv-00384-FDW |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's November 27, 2024 Order.

Signed: November 27, 2024

Katherine Hord Simon, Clerk
United States District Court